# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**  
Pamela Tidwell  
**SSN:** xxx−xx−2418

**Case No.** 21−00365−TOM13  
**Chapter** 13

**Debtor(s)**

## ORDER ON DISMISSAL OF CHAPTER 13 PROCEEDINGS

This matter came before the Court on **5/4/23** for a hearing on the **Chapter 13 Trustee's Motion to Dismiss**. The motion was denied conditioned upon the Debtor meeting certain requirements. The Chapter 13 Trustee has notified the Court of the Debtor's non−compliance by filing a Notice of Continuing Default on **6/28/23**. It appears to the Court that the Trustee's Motion to Dismiss is due to be **GRANTED.**

It is therefore **ORDERED, ADJUDGED, and DECREED** that the Trustee's Motion to Dismiss Chapter 13 case is **GRANTED** and this case is **DISMISSED.**

Dated:   July 13, 2023

/s/ Tamara O Mitchell  
United States Bankruptcy Judge

klt