# Notice Recipients

District/Off: 1126–2         User: admin         Date Created: 7/13/2023
Case: 21–00365–TOM13         Form ID: van123     Total: 70

**Recipients of Notice of Electronic Filing:**
tr    Bradford W. Caraway    ctmail@ch13bham.com
aty   Paul J Spina, III      pspina@spinalavelle.com
aty   Stephen H Jones        shjlaw@gmail.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Pamela Tidwell        4036 Long Leaf Drive        Gardendale, AL 35071
cr        SYstems & Services Technologies as servicing agent for Medallion Bank        14841 Dallas Parkway        Suite 300        Dallas, TX 75254
cr        PRA Receivables Management LLC        POB 41067        Norfolk, VA 23541
cr        SCOLOPAX, LLC        C/O WEINSTEIN & RILEY, PS        2001 WESTERN AVENUE, STE 400        SEATTLE, WA 98121
10615431  1st Franklin Financial        P.O. Box 250        Bessemer, AL 35021
10616194  1st Franklin Financial Corporation        ATTN: Administrative Services        P.O. Box 880        Toccoa, GA 30577
10615435  AT&T        P.O. Box 105503        Atlanta, GA 30348
10615432  Alabama Power        P.O. Box 242        Birmingham, AL 35246
10615433  Alagasco        20 South 20th Street        Birmingham, AL 35295
10615434  Amazon Credit        P.O. Box 965015        Orlando, FL 32896
10655835  Ashley Funding Services, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603–0587
10651678  Avio Credit        P.O. Box 780408        Wichita, KS 67278–6727
10615436  Bank of Missouri        5109 S Broadband Lane        Sioux Falls, SD 57109
10615437  Birmingham Water Works Board        3600 1st Avenue North        Birmingham, AL 35222
10657733  Brandon S. Lefkowitz        29777 Telegraph Road, Suite 2440        Southfield, MI 48034
10615438  Capital One        P.O. Box 60599        City of Industry, CA 91716
10615439  Care Credit        P.O. Box 965036        Orlando, FL 32896
10615440  CashNetUSA        175 W Jackson Blvd        Suite 1000        Chicago, IL 60604
10615441  Celtic Bank        4550 New Linden Hill Road        #400        Wilmington, DE 19808
10615442  Credit One Bank        P.O. Box 60500        City of Industry, CA 91716
10615443  Fingerhut        6250 Ridgewood Road        Saint Cloud, MN 56303
10615444  First Access        5109 S Broadland Lane        Sioux Falls, SD 57108
10615445  First Premier Credit Card        601 S Minnesota Ave        Sioux Falls, SD 57104
10615446  Fit Credit Card        4550 New Linden Hill Road        Wilmington, DE 09808
10615447  Indigo Credit        P.O. Box 4488        Genisis        Beaverton, OR 97076
10615448  Info@247        100 Ocean Drive        Nashville, TN 37204
10615449  JC Penny        P.O. Box 965007        Orlando, FL 32896
10617743  LVNV Funding, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603–0587
10615450  Maurices        P.O. Box 30253        Salt Lake City, UT 84130
10630455  Medallion Bank        Systems & Services Technologies, Inc.        PO Box 9013        Addison, Texas 75001
10706316  Medallion Bank c/o SST,Inc.        4315 Pickett Rd, St. Joseph MO 64503
10615451  Mercury Credit Card        2020 6th Street        Brookings, SD 57076
10615452  Milestone Credit Card        P.O. Box 4488        Genesis        Beaverton, OR 67076
10615453  Mutual Finance Inc. of Bessemer        5031 Ford Pkwy        Suite 101        Bessemer, AL 35022
10615454  Norstrom Credit Card        13531 E Caley Avenue        Englewood, CO 80111
10615455  One Man        P.O. Box 1010        Evansville, IN 47706
10615456  Opp Loans        130 E Randolph Street        Suite 1650        Chicago, IL 60601
10657734  Opportunity Financial, LLC        130 E. Randolph Street        Suite 3400        Chicago, IL 60601
10615457  Paypal Credit Card        P.O. Box 965006        Orlando, FL 32896
10644213  Portfolio Recovery Associates, LLC        POB 41067        Norfolk VA 23541
10756665  Portfolio Recovery Associates, LLC        POB 41067        Norfolk, VA 23541
10756666  Portfolio Recovery Associates, LLC        POB 41067        Norfolk, VA 23541
10618183  Quantum3 Group LLC as agent for        Sadino Funding LLC        PO Box 788        Kirkland, WA 98083–0788
10638899  RISE Credit        Peritus Portfolio Services II, LLC        PO BOX 141419        IRVING, TX 75014–1419
10618233  RSVP LOANS        15271 BARRANCA PARKWAY        IRVINE, CA 92618
10615458  Reflex Credit Care        P.O. Box 8220        Buffalo, NY 14240
10615459  Regional Finance        306 Palisades Blvd        Suite 4        Birmingham, AL 35209
10622880  Regional Management Corporation        979 Batesville Road Suite B,        Greer, SC 29651
10615460  Rise Credit        4150 International Plaza        Suite 300        Fort Worth, TX 76109
10615428  Royal Furniture        P.O. Box 3784        Memphis, TN 38173
10615429  SST/Medallion        1100 East 6600 South        Suite 510        Salt Lake City, UT 84121
10752820  Scolopax, LLC        c/o Weinstein & Riley, P.S.        2001 Western Ave, Ste 400        Seattle, WA 98121
10615461  Sky Cash USA        4939, 2637 E Atlantic Blvd        Pompano Beach, FL 33062
10615462  Special Financing Company        25014 BuildAmerica Drive        Hampton, VA 23666
10648483  Synchrony Bank        c/o PRA Receivables Management, LLC        PO Box 41021        Norfolk VA 23541
10615463  TBOM/Contfin        4550 New Linden Hill Road        #400        Wilmington, DE 19808

| | | | |
|---|---|---|---|
| 10647978 | The Bank of Missouri | PO Box 105555 | Atlanta, GA 30348 |
| 10615464 | Total Access | 5109 S Broadband Lane | Sioux Falls, SD 57108 |
| 10653605 | Verizon by American InfoSource as agent | PO Box 4457 | Houston, TX 77210–4457 |
| 10615465 | Verizon Wireless | P.O. Box 105378 | Atlanta, GA 30348 |
| 10615466 | Wal Mart | P.O. Box 965024 | Orlando, FL 32896 |
| 10615467 | White Pines Lending | 3051 Sand Lake Road | Crandon, WI 54520 |
| 10615468 | Woodforest National Bank | PO Box 7889 | The Woodlands, TX 77387 |
| 10632006 | World Finance Corp. c/o World Acceptance Corp. | Attn: Bankruptcy Processing Center | PO Box 6429   Greenville, SC 29606 |
| 10615469 | World Finane | P.O. Box 6429 | Greenville, SC 29606 |
| 10615430 | World Omni Financial | P.O. Box 91614 | Mobile, AL 36691 |
| 10626417 | World Omni Financial Corp. Its Successor and Assig | PO Box 991817 | Mobile, AL 36691 |

TOTAL: 67